ARNOLD H. HALSTEAD, Respondent, v. KENNEDY VALVE MANUFACTURING Co., Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Sweeney and Simons, JJ., concur.